| | |
|---|---|
| 1 | **COHELAN KHOURY & SINGER** |
| 2 | Isam C. Khoury (SBN 58769) |
|   | ikhoury@ckslaw.com |
| 3 | Michael D. Singer (SBN 115301) |
|   | msinger@ckslaw.com |
| 4 | Diana M. Khoury (SBN 128643) |
|   | dkhoury@ckslaw.com |
| 5 | Kristina De La Rosa (SBN 279821) |
|   | kdelarosa@ckslaw.com |
| 6 | 605 C Street, Suite 200 |
|   | San Diego, California 92101 |
| 7 | Telephone: (619) 595-3001/Facsimile: (619) 595-3000 |
| 8 | **LAW OFFICES OF SAHAG MAJARIAN II** |
|   | Sahag Majarian, II (SBN 146621) |
| 9 | sahagii@aol.com |
|   | 18250 Ventura Blvd. |
| 10 | Tarzana, California 91356 |
|   | Telephone: (818) 609-0807/Facsimile: (818) 609-0892 |
| 11 | |
| 12 | Attorneys for Plaintiff Jose Contreras, on behalf of himself |
| 13 | and other similarly-situated employees |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE CONTRERAS, on behalf of himself and other similarly-situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-00641-GW (SHKx)<br><br>**CLASS AND PAGA ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING CLASS ACTION SETTLEMENT; CONDITIONAL CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING DATE**.<br><br>Date:       March 30, 2020<br>Time:       8:30 a.m.<br>Courtroom:  9 D (9th Floor)<br>Judge:      The Hon. George H. Wu<br><br>Filed:      February 22, 2019<br>Removed:    April 10, 2019<br>Trial date: Not Set |

PLEASE TAKE NOTICE that on March 30, 2020 at 8:30 a.m., or as soon as the matter may be heard in Courtroom 9D (9th Floor) of the above-captioned court, located at 350 West 1st Street, Los Angeles, California 90012, the Honorable George H. Wu presiding, Plaintiff Jose Contreras, on behalf of himself and the estimated 1,422 putative Class Members he represents, will move this Court for an Order:

1. Preliminarily approving the proposed class action Settlement as fair, adequate, and reasonable based on the terms of the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement') including the payment by Defendant Americold Logistics, LLC of the $2,500,000 Gross Settlement Amount;

2. Conditionally certifying the Class defined as all individuals employed by Defendant in the State of California as hourly, non-exempt employees at any time during the Class Period;

3. Appointing as Class Counsel: Cohelan, Khoury & Singer, and the Law Office Sahag Majarian II;

4. Appointing Plaintiff Jose Contreras as the representative for the Class;

5. Approving the Notice of Class Action Settlement (attached to the Settlement Agreement as Exhibit A) to be mailed via first class U.S. Mail to all members of the Class which advises them of the pendency of Class Action, the proposed Settlement, and the benefits to be received if a request for exclusion is not returned, the manner and procedure for submitting requests for exclusion or objections to the Settlement, of the automatic payment of their share of the Settlement funds without the need to return a claim form, of the date for the final approval hearing, and of their right to appear at the time of the final approval hearing;

3. Setting a fairness hearing to consider Final Approval of the Settlement;

4. Preliminarily approving payment of reasonable attorneys' fees and litigation costs from the Gross Amount of up to $750,000 for Class Counsel's attorneys' fees, and up to $20,000 for their litigation costs;

///

1

    5.    Preliminarily approving the Class Representative Service Payment of $10,000 to Plaintiff Jose Contreras as compensation for the burdens, responsibilities, time, effort, and risks involved in coming forward on behalf of the Class, and a broader release of all claims;

    6.    Preliminarily approving ILYM Group, Inc. as the Settlement Administrator, and approving distribution of an estimated $20,000 to cover its expenses in providing Notice to the Class and administering the Settlement set forth in the Settlement Agreement; and

    7.    Preliminarily approving the PAGA payment to the California's Labor and Workforce Development Agency of $150,000 (75% of $200,000).

This motion is made on the grounds that Plaintiff Jose Contreras and Defendant Americold Logistics, LLC have reached a proposed Settlement which they believe to be fair, reasonable and adequate and in the best interests of the Class.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, Declaration of Class Counsel Isam C. Khoury, the Declaration of Plaintiff Jose Contreras, Declaration of Sean Hartranft on behalf of ILYM Group, Inc., the proposed Settlement Administrator, the Joint Stipulation of Class Action Settlement and Release, and the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, the Court's files in this matter, and any other documents or evidence which the Court may consider at the hearing.

Respectfully submitted,

COHELAN KHOURY & SINGER
LAW OFFICE OF SAHAG MARJARIAN II

Dated: March 13, 2020        By: s/ Diana M. Khoury
                                      Isam Khoury
                                      Diana M. Khoury
                                      Kristina De La Rosa
                            Attorneys for Plaintiff and the Proposed Class

2

Notice of Motion and Motion for Order Granting
Preliminary Approval of Class Action Settlement        CASE NO. 5:19-cv-00641-GW (SHKx)