**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58769)
  ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
  msinger@ckslaw.com
Diana M. Khoury (SBN 128643)
  dkhoury@ckslaw.com
Kristina De La Rosa (SBN 279821)
  kdelarosa@ckslaw.com
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, II (SBN 146621)
  sahagii@aol.com
18250 Ventura Blvd.
Tarzana, California 91356
Telephone: (818) 609-0807/Facsimile: (818) 609-0892

Attorneys for Plaintiff Jose Contreras, and
and the Conditionally Certified Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONTRERAS, on behalf of himself and other similarly-situated employees,<br><br>      Plaintiff,<br><br>  vs.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>      Defendants. | CASE NO. 5:19-cv-00641-GW (SHKx)<br>**CLASS AND PAGA ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     March 11, 2021<br>Time:    8:30 a.m.<br>Courtroom: 9 D (9th Floor)<br>Judge:   The Hon. George H. Wu<br><br>Filed:     February 22, 2019<br>Removed: April 10, 2019<br>Trial date: Not Set |

     PLEASE TAKE NOTICE that on March 11, 2021 at 8:30 a.m., or as soon as the matter may be heard in Courtroom 9D (9th Floor) of the above-captioned court, located at 350 West 1st Street, Los Angeles, California 90012, the Honorable George H. Wu presiding, Plaintiff Jose Contreras, ("Plaintiff"), will move this Court for an Order Granting Final Approval of Class Action Settlement to be heard simultaneously with Plaintiff's Motion for Order Awarding Attorneys' Fees and Litigation Costs, and Class Representative Service Award, ECF 44.

     This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, Declarations of Class Counsel Isam C. Khoury and Sahag Majarian, II, Declaration of Class Representative Jose Contreras [ECF 30-4], Declaration of Madely Nava on behalf of ILYM Group, Inc., the fully-executed Joint Stipulation of Class Action Settlement and Release [ECF 30-2, pp. 21-82], the Order Granting Preliminary Approval of Class Action Settlement [ECF43], the other records and files in this case, and such other matters as may be properly presented at or before the hearing.

                                                      Respectfully submitted,

                                                      COHELAN KHOURY & SINGER
                                                      LAW OFFICE OF SAHAG MARJARIAN II

Dated: February 11, 2021       By: /s/ Diana M. Khoury
                                                         Isam Khoury / Diana M. Khoury
                                                         Kristina De La Rosa
                                                         Attorneys for Plaintiff and the Proposed Class